PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>James Kevin Woods</u>  Case Number: <u>3:07-00241-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>January 8, 2009</u>

Original Offense: <u>21 U.S.C. § 841(a)(1), Distribution and Possession with Intent to Distribute Cocaine Base</u>

Original Sentence: <u>60 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>June 8, 2012</u>

Assistant U.S. Attorney: <u>Clay Lee</u>  Defense Attorney: <u>R. David Baker</u>

---

The Court orders:

  ☒ No Action Necessary at this Time
  ☐ Submit a Request for Modifying the Condition or Term of Supervision
  ☐ Submit a Request for Warrant or Summons
  ☐ Other

Considered this _13th_ day of _August_, 2013,
and made a part of the records in the above case.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place    Nashville

Date    August 12, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** <br> On July 30, 2013, Mr. Woods was given a drug test that appeared to be positive for opiates. When questioned, he admitted to "stealing" some Hydrocodone pills, but only did so to relieve anxiety from a recent burglary of his home. Mr. Woods reported he was "stressed" from threatening remarks he has reportedly heard from the alleged burglar. When questioned in regards to these remarks, Mr. Woods reported he was told and/or heard, "If he, Mr. Woods, is seen on the street, he, the alleged burglar, was going to take care of him." The urine sample was mailed to the lab for confirmation and on August 1, 2013, the probation office received lab results which were negative for the test on July 30, 2013. |

**Compliance with Supervision Conditions and Prior Interventions:**
James Kevin Woods is employed and lives with his girlfriend, child, and step-children in Lebanon, Tennessee. Mr. Woods began his three year term of supervised release on June 8, 2012, and is due to terminate supervision on June 7, 2015.

A report was submitted to the Court on July 15, 2013, regarding Mr. Woods' violations of testing positive for Hydrocodone and Oxymorpoone on June 19, 2013, and testing positive for Hydrocodone and cocaine on June 24, 2013. Your Honor ordered no action at that time. Mr. Woods was given a verbal reprimand and re-instructed to not use any illegal substances.

After releasing from custody in June 2012, Mr. Woods participated in a substance abuse assessment at Cumberland Mental Health in Lebanon, Tennessee, on July 17, 2012, and substance abuse treatment was not recommended at that time. After his admission on June 24, 2013, to using cocaine and medications not prescribed to him, Mr. Woods was referred back to Cumberland Mental Health for weekly substance abuse treatment. He continues to participate in weekly therapy and his substance abuse counselor is aware of his ongoing admissions to using illegal drugs.

Following his most recent admission to using medications not prescribed to him, Mr. Woods was, again, verbally reprimanded and re-instructed to not use any illegal substances or medications not prescribed to him. Mr. Woods understands that possession of an illegal drug is grounds for mandatory revocation and any future illegal drug use may likely result in a request for a hearing before the Court and possible recommendation for revocation.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Woods remain on supervised release, continue to participate in weekly substance abuse treatment at Cumberland Mental Health, and not incur any future violations. Assistant U.S. Attorney Clay Lee has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer