UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00241 |
| ) | JUDGE KEVIN H. SHARP |
| JAMES KEVIN WOODS ) | |

**O R D E R**

The April 2, 2014 revocation hearing is hereby rescheduled for Friday, June 20, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE