UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
        v.                        )        No. 3:07-00241
                                  )        JUDGE SHARP
                                  )
JAMES K. WOODS                    )

## AGREED ORDER

The parties appeared before this Court upon a Superseding Petition for Warrant for Offender Under Supervision (DE 106). Defendant James Kevin Woods plead guilty to the violations alleged in the Superseding Petition and admitted that he had violated the conditions of supervision.

Upon agreement of the parties, it is hereby ORDERED that the term of supervised release previously imposed shall be revoked, and James Kevin Woods is hereby committed to the custody of the United States Bureau of Prisons for a period of 8 months, with no supervision to follow.

Enter this the 15th day of May, 2014.

_____
KEVIN H. SHARP
JUDGE, UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

s/ Mariah A. Wooten
Mariah A. Wooten  (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
Attorney for James K. Woods


s/ Clay T. Lee
Clay T. Lee
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203